IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RICARDO RENDON,               )
                              )
         Petitioner,          )
                              )
vs.                           )   CASE NO. 2:13cv-717-WHA
                              )
UNITED STATES OF AMERICA,     )        (WO)
                              )
         Respondent.          )

**<u>ORDER</u>**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #28), entered on December 22, 2015.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this 28 U.S.C. § 2255 motion to vacate, set aside, or correct sentence is DENIED, and this case is DISMISSED with prejudice.  Final Judgment will be entered accordingly.

DONE this 19th day of January, 2016.

/s/     W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE